OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS

P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401623 SEP 18 2015

9/14/2015
GARY, STEVEN MITCHELL    Tr. Ct. No. 2008CR9408-W2      WR-73,971-05
On this day, the application for 11.07 Writ of Habeas Corpus has been received
and presented to the Court.

Abel Acosta, Clerk

STEVEN MITCHELL GARY
BEXAR COUNTY ADULT - TDC # 900827
200 N. COMAL
SAN ANTONIO, TX 78207                    U T F

43B 78207